1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

8
9
10

| | |
|---|---|
| RICHARD A. JORDAN,<br><br>                                    Plaintiff,<br><br>vs.<br><br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>                                    Defendant. | CASE NO. 09CV1559-MMA (WMc)<br><br>**ORDER:**<br><br>**ADOPTING REPORT AND**<br>**RECOMMENDATION;**<br><br>[Doc. No. 14]<br><br>**GRANTING IN PART**<br>**PLAINTIFF'S MOTION FOR**<br>**SUMMARY JUDGMENT;**<br><br>[Doc. No. 10]<br><br>**DENYING DEFENDANT'S CROSS**<br>**-MOTION FOR SUMMARY**<br>**JUDGMENT**<br><br>[Doc. No. 12] |

11
12
13
14
15
16
17
18
19
20
21

Pending before the Court is the Report and Recommendation of Magistrate Judge William

McCurine, Jr., filed on May 4, 2010, recommending that the Court grant in part Plaintiff's motion for

summary judgment (Doc. No. 10) and deny Defendant's cross-motion for summary judgment (Doc.

No. 12). (Doc. No. 14.) Neither party objected to the Magistrate Judge's Report and Recommendation.

The duties of the district court in connection with a Magistrate Judge's R&R are set forth in

Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties

object to an R&R, "[a] judge of the [district] court shall make a de novo determination of those

portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474

22
23
24
25
26
27
28

1    U.S. 140, 149–50 (1985). When no objections are filed, the district court need not review the R&R

2    de novo. *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005); *United States v. Reyna-Tapia*,

3    328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). A district court may nevertheless "accept, reject,

4    or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28

5    U.S.C. § 636(b)(1); *Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006); *Or. Natural*

6    *Desert Ass'n v. Rasmussen*, 451 F. Supp. 2d 1202, 1205 (D. Or. 2006).

7            After reviewing the R&R in its entirety, the Court finds that the Magistrate Judge's

8    conclusions are thorough, well-reasoned, and supported by the record. In light of the foregoing,

9    and that fact that neither party objected to the R&R, the Court hereby **ADOPTS** the R&R in its

10   entirety.

11           Accordingly, **IT IS HEREBY ORDERED** that:

12           1.     The Magistrate Judge's Report and Recommendation (Doc. No. 14) is **ADOPTED**

13                  in its entirety;

14           2.     Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **GRANTED IN PART**;

15                  and

16           3.     Defendant's Cross-Motion for Summary Judgment (Doc. No. 12) is **DENIED**.

17           4.     This matter is **REMANDED** for further development of the record. Upon remand,

18                  the Administrative Law Judge shall determine whether Plaintiff can actually

19                  perform the requirements of the positions listed in the Dictionary of Occupational

20                  Titles identified by the vocational expert, given the limitations imposed by

21                  Plaintiff's right shoulder.

22           **IT IS SO ORDERED**.

23   DATED:  July 16, 2010

24

25                                                   Hon. Michael M. Anello
                                                     United States District Judge
26

27

28